IN THE SUPREME COURT OF THE STATE OF DELAWARE

CONTINENTAL INVESTORS FUND LLC, §
§
§    No. 290, 2021
Plaintiff Below, Appellant, §
§
v. §    Court Below:  Court of Chancery
§    of the State of Delaware
TRADINGSCREEN INC., PIERO §
GRANDI, AND PIERRE §    C.A. No. 10164
SCHROEDER, §
§
Defendants Below, Appellees. §

Submitted:   March 2, 2022
Decided:   March 30, 2022

Before **VALIHURA**, **TRAYNOR** and **MONTGOMERY-REEVES**, Justices.

# **O R D E R**

Now this 30th day of March, 2022, the Court having considered this matter on the briefs and oral arguments of the parties and the record below, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Memorandum Opinion and Order Denying Plaintiffs' Motion for Judgment on the Pleadings dated February 26, 2015, its Post-Trial Memorandum Opinion dated July 23, 2021 and its Final Order and Judgment dated August 19, 2021;

NOW, THEREFORE, IT IS ORDERED that the decisions of the Court of Chancery be and the same hereby are AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice